THOMAS E. WINNER
Nevada Bar No. 5168
ANDREW D. SMITH
Nevada Bar No. 8890
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com
asmith@awslawyers.com
*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL EDWARD PATRON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a Maryland company; DOES I - X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00337-MD-CWH<br><br>**STIPULATION AND ORDER REGARDING THE AMOUNT IN CONTROVERSY, AND REMAND TO STATE COURT** |

It is hereby stipulated by and between Plaintiff MICHAEL EDWARD PATRON, through his attorney JUSTIN G. RANDALL, ESQ., of GLEN LERNER INJURY ATTORNEYS, and GEICO CASUALTY COMPANY, through its attorney ANDREW D. SMITH, ESQ., of ATKIN WINNER & SHERROD, that the Plaintiff does not now seek, and will not seek in the future, damages in excess of Fifty Thousand Dollars ($50,000.00) by way of his Complaint in this matter for all causes of action, exclusive of attorney's fees, costs and interest, if any be allowed.

It is further stipulated that since the amount in controversy is less than $75,000.00, exclusive of attorney's fees, costs and interest, the United States District Court for the District of Nevada lacks an element of jurisdiction required by 28 U.S.C. § 1332(a).

It is further stipulated that this case may be remanded to the Eighth Judicial District Court, Clark County, Nevada, based on this agreement as to the amount in controversy, and that

each party shall pay its own attorney's fees and costs associated with the removal and remand.

| Dated: March 15, 2017 | ATKIN WINNER & SHERROD |
|---|---|
| | /s/ Andrew D. Smith |
| | Andrew D. Smith, Esq. |
| | Nevada Bar No. 8890 |
| | 1117 South Rancho Drive |
| | Las Vegas, Nevada 89101 |
| | *Attorneys for the Defendant* |
| Dated: March 15, 2017 | GLEN LERNER INJURY ATTORNEYS |
| | /s/ Justin G. Randall |
| | Justin G. Randall, Esq. |
| | Nevada Bar No. 12476 |
| | 4795 South Durango Dr. |
| | Las Vegas, Nevada 89147 |
| | *Attorneys for the Plaintiff* |

**ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED that Plaintiff's total recovery against Defendant GEICO Casualty Company by way of the Complaint in this matter shall not exceed $50,000.00 for all causes of action, exclusive of attorney's fees, costs and interest, if any be allowed;

Therefore, THIS COURT FINDS that the amount in controversy does not exceed $75,000.00, which is the minimum threshold for federal district court jurisdiction per 28 U.S.C. § 1332(a); and

IT IS FURTHER ORDERED that this matter is REMANDED to the Eighth Judicial District Court, Clark County, Nevada, by authority of 28 U.S.C. § 1447, each party to pay its own attorney's fees and costs of suit associated with the removal and remand.

DATED __March 16__, 2017.

_____
U.S. DISTRICT COURT JUDGE